1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  ACE T. TATE, ESQ. (SBN 262015)
   MASTAGNI HOLSTEDT
3  A Professional Corporation
   1912 AI@ Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HOFFMAN, et. al., on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE,<br><br>Defendant. | Case No. 2:16-cv-01487-MCE-AC<br><br>**ORDER TO SEAL DOCUMENT INADVERTENTLY FILED** |

Having considered the application submitted by Plaintiffs' counsel concurrently herewith to seal documents inadvertently filed in this Court, and finding that good cause exists to grant the application, it is ordered that the document entitled "Affidavit of Tyler Leonard for Consent to be Included as Individual Plaintiff" filed in this matter as Docket No. 15 be sealed.

IT IS SO ORDERED.

Dated: July 18, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE