Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant COUNTY OF BUTTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF BUTTE,<br><br>　　　　Defendant,<br><br>　　v.<br><br>DEBRA HOFFMAN, et al., on behalf of herself and all similarly situated individuals,<br><br>　　　　Plaintiffs. | Case No.: 2:16-cv-01487-MCE-AC<br><br>Complaint Filed: June 30, 2016<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND EXTENDING DISCOVERY CUTOFF** |

IT IS HEREBY ORDERED, based on the parties' stipulation and for good cause shown, that:

1. This case is referred to Magistrate Judge Gregory G. Hollows for a settlement conference as requested. The parties are directed to contact Judge Hollows' courtroom deputy to schedule a date for that conference.

2. Discovery cutoff in this case is continued to August 29, 2017.

IT IS SO ORDERED.

Dated: May 24, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND EXTENDING DISCOVERY CUTOFF
8158358.2 BU501-019