DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs


MORIN I. JACOB, ESQ. (SBN 204598)
RICHARD C. BOLANOS, ESQ. (SBN 111343)
LISA S. CHARBONNEAU, ESQ. (SBN 245906)
**LIEBERT CASSIDY WHITMORE**
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: (415) 512-3000
Facsimile: (415) 856-0306
rbolanos@lcwlegal.com
mjacob@lcwlegal.com
lcharbonneau@lcwlegal.com


Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DEBRA HOFFMAN on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE,<br><br>Defendant. | Case No.: 2:16-cv-01487-MCE-AC<br><br>Complaint Filed: June 30, 2016<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF AND RELATED DEADLINES FOR GOOD CAUSE** |

Plaintiffs DEBRA HOFFMAN, et al. ("Plaintiffs") and Defendant COUNTY OF BUTTE ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, this putative collective action was filed on June 30, 2016, asserting that

1

Stipulation and Order to Extend Discovery Cutoff

Defendant violated the overtime payment provisions of the Fair Labor Standards Act ("FLSA");

WHEREAS, On May 25, 2017 the Court referred this case to Magistrate Judge Gregory G. Hollows for settlement conference, and continued the discovery cutoff to August 29, 2017, as requested by counsel.

WHEREAS, the parties are working diligently towards settlement of all issues in this case. The parties desire additional time to exhaust settlement efforts before engaging in further litigation and trial preparation.

NOW THEREFORE, the Parties stipulate and respectfully submit that:

Good cause exists to continue the August 29, 2017 discovery cut off for 90 days, or to November 27, 2017; continue the expert disclosure date to 60 days after November 27, 2017; continue the supplemental expert disclosure date to 90 days after November 27, 2017; and continue the dispositive motion cut-off to 180 days from the new discovery cutoff of November 27, 2017.

Dated: August 14, 2017　　　　　　　　　　　　LIEBERT CASSIDY WHITMORE

By: */s/ Lisa S. Charbonneau*
　　MORIN I. JACOB, ESQ.
　　RICHARD C. BOLANOS, ESQ.
　　LISA S. CHARBONNEAU, ESQ
　　Attorneys for Defendant

Dated: August 14, 2017　　　　　　　　　　　　MASTAGNI HOLSTEDT

By: */s/ David E. Mastagni*
　　DAVID E. MASTAGNI, ESQ.
　　ISAAC S. STEVENS, ESQ.
　　ACE T. TATE, ESQ.
　　IAN SANGSTER, ESQ.
　　Attorneys for Plaintiffs

## ORDER

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

The August 29, 2017 discovery cut off is continued for 90 days, or to November 27, 2017. The expert disclosure date is continued to 60 days after November 27, 2017. The supplemental expert disclosure date is continued to 90 days after November 27, 2017. The dispositive motion cut-off is continued to 180 days from the new discovery cutoff of November 27, 2017.

**IT IS SO ORDERED**

Dated: August 15, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE