Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant COUNTY OF BUTTE

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HOFFMAN, et al., on behalf of herself and all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>     v.<br><br>COUNTY OF BUTTE,<br><br>                    Defendant. | Case No.:  2:16-cv-01487-MCE-AC<br><br>Complaint Filed: June 30, 2016<br><br>**[PROPOSED] ORDER AND JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with the Joint Stipulation and Request for Approval of Settlement Agreement and Dismissal with Prejudice; Declaration of Lisa S. Charbonneau; Declaration of David E. Mastagni; Declaration of Bring Ring] |

8177715.1 BU501-019

1

1    Having reviewed the Joint Stipulation and Request for Approval of Settlement Agreement
2    and Dismissal with Prejudice jointly submitted by Plaintiffs Debra Hoffman *et al.* and Defendant
3    County of Butte ("Parties") , the evidence submitted in support therewith, and all other materials
4    of record relevant to this matter, and for good cause shown,

5    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

6    The Settlement Agreement submitted to the Court as Exhibit 1 to the Declaration of Lisa
7    S. Charbonneau, is approved as a fair and just negotiated resolution of the bona fide dispute
8    between the Parties in this case, and the Parties shall fully abide by and perform the Settlement
9    Agreement in its entirety and accordance with its terms.

10   **IT IS FURTHER ORDERED AND DECREED THAT:**

11   A.    The Court reserves jurisdiction over the above-captioned matter for purposes of
12   enforcing the Settlement Agreement only;

13   B.    The Court has made no findings or determination regarding the law, and none of
14   the materials or documents prepared or submitted in support of the Parties' Joint Request for
15   Approval of Settlement and Dismissal with Prejudice shall constitute evidence of, or any
16   admission of, any violation of law;

17   C.    Judgment is entered in this action, and this action is dismissed WITH
18   PREJUDICE.

19
20   **IT IS SO ORDERED**.

21
22   DATED: _____     _____
             HONORABLE MORRISON C. ENGLAND, JR.
23                UNITED STATES DISTRICT JUDGE